# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Max Van Buskirk, Jr. | Case # 5:21-bk-00145 |
| Debtor | CHAPTER 13 |

## AMENDED MATRIX

Palmera LLC
PO Box 5686
Hilton Head Island, SC 29938

Dated: February 5, 2021        /s/John Max Van Buskirk, Jr.
                               John Max Van Buskirk, Jr.
                               Debtor