Certificate Number: 15322-PAM-DE-035509127

Bankruptcy Case Number: 21-00145


15322-PAM-DE-035509127

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2021, at 6:48 o'clock PM CDT, John VanBuskirk completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: March 28, 2021 | By: /s/Richard Reibeling |
| | Name: Richard Reibeling |
| | Title: Certified Credit Counselor |