

Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595-1340
Phone: 800-501-0909 x53450

June 11 , 2021

Clerk, US Bankruptcy Court
Middle District of Pennsylvania

**<u>WITHDRAWAL OF CLAIM</u>**

Re: John M. Van Buskirk, Jr.
Case Number:  21-00145

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 5-1, claim amount $ 514.40 filed  3/31/2021.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Kevin Maher
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Jack N. Zaharopoulos, Chapter 13 Trustee


Charles Laputka, Attorney for debtor