IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>JOHN M. VAN BUSKIRK, JR.<br>    **Debtor(s)**<br><br>CREDIT ACCEPTANCE CORPORATION<br>    **Movant**<br><br>    v.<br><br>JOHN M. VAN BUSKIRK, JR.<br>    **Respondent(s)**<br><br>JACK N. ZAHAROPOULOS<br>    **Trustee** | Case No.: 5:21-00145 (MJC)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

## PRAECIPE TO WITHDRAW STIPULATION

**TO THE CLERK OF BANKRUPTCY COURT:**

    Kindly withdraw the Stipulation filed on behalf of Credit Acceptance Corporation on September 1, 2022, number 49 on the docket. The Stipulation contained an error, and a correct Stipulation will be filed.

    Date: 9/14/22

                                          /s/ William E. Craig
                                          William E. Craig, Esquire
                                          Attorney ID 92329
                                          Morton & Craig LLC
                                          110 Marter Ave.
                                          Suite 301
                                          Moorestown, NJ 08057
                                          Phone (856) 866-0100
                                          Fax (856) 722-1554
                                          Attorney for Credit Acceptance Corporation