United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
John M. Van Buskirk, Jr.  
    Debtor

Case No. 21-00145-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 28, 2022      Form ID: ordsmiss      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M. Van Buskirk, Jr., 430 Rosemarie Lane, East Stroudsburg, PA 18302-7760 |
| cr | + | Rushmore Loan Management Services as Servicer for, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Rushmore Loan Management Services, LLC as servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank National Association, not in its individ, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 5419298 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 5389226 | | NAPA PENNSYLVANIA, c.o. Nationwide Recovery Service, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 5389031 | + | Palmera LLC, PO Box 5686, Hilton Head Island, SC 29938-5686 |
| 5445091 | + | Rushmore Loan Management Services, LLC as servicer, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 5386846 | + | St. Luke's, 801 Ostrum Street, Bethlehem, PA 18015-1000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5484731 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 28 2022 18:36:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5386841 | + | EDI: CAPITALONE.COM | Sep 28 2022 22:38:00 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 5395824 | | EDI: CAPITALONE.COM | Sep 28 2022 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5400015 | + | Email/Text: bankruptcy@cavps.com | Sep 28 2022 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5386910 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 28 2022 18:36:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5386842 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 28 2022 18:36:00 | Credit Acceptance Corporation, PO BOX 5070, Southfield, MI 48086-5070 |
| 5386843 | ^ | MEBN | Sep 28 2022 18:33:07 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5393393 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2022 18:36:00 | Legacy Mortgage Asset Trust 2018-GS3, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5386844 | | Email/Text: paula.tilley@nrsagency.com | Sep 28 2022 18:36:00 | Nationwide Recovery Service, 545 W. Inman Street, Cleveland, TN 37311 |
| 5415471 | + | Email/Text: bkenotice@rushmorelm.com | Sep 28 2022 18:36:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004, Irvine, |

| Recip ID | | Bypass Reason / Delivery | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5415470 | + | Email/Text: bkenotice@rushmorelm.com | Sep 28 2022 18:36:00 | CA 92619-5004<br>Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5386845 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 28 2022 18:36:00 | Select Portfolio Servicing, 3217 S Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5452683 | + | Email/Text: bkenotice@rushmorelm.com | Sep 28 2022 18:36:00 | U.S. Bank Trust National Association, as, Trustee of the LB-Cabana Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank Trust National Association, as 92619-5004 |
| 5452682 | + | Email/Text: bkenotice@rushmorelm.com | Sep 28 2022 18:36:00 | U.S. Bank Trust National Association, as, Trustee of the LB-Cabana Series IV Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| cr | *+ | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5389032 | *+ | Palmera LLC, PO Box 5686, Hilton Head Island, SC 29938-5686 |
| 5445092 | *+ | Rushmore Loan Management Services, LLC as servicer, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2018-GS3 bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 John M. Van Buskirk  Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bankruptcy@friedmanvartolo.com |

| | |
|---|---|
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust ldoyle@milsteadlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust bankruptcy@friedmanvartolo.com |
| Richard Postiglione | on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank National Association  not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust bankruptcy@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John M. Van Buskirk Jr.,      Chapter     13

**Debtor 1**

Case No.     5:21−bk−00145−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 28, 2022

ordsmiss (05/18)